Kendrick **BUCKWALTER**, Petitioner

v.

**BOROUGH OF PHOENIXVILLE,**
**Respondent.**

Supreme Court of Pennsylvania.

Sept. 3, 2008.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Whether *Baldwin v. City of Philadelphia*, 99 Pa. 164, 1881 WL 13869 (1881), which held Pa. Const. art. III, § 13, now § 27, did not apply to a municipal ordinance that changed a public officer's compensation mid-term, should be reversed.

(2) Whether Pa. Const. art. III, § 27 prohibits mid-term compensation changes for elected municipal offi-

cers by means of a municipal ordinance.